536

McNally and Bastow, JJ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE D. GREEN. (F) THE PEOPLE OF THE STATE OF NEW YORK v. SEBASTIANO DE FILIPPO. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

SECOND DEPARTMENT, JULY, 1961

(July 5, 1961)

■ ALLAN BERG, Appellant, v. YVONNE S. BERG, Respondent.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.
■ DILLARD BODDEN et al., Appellants, v. BENJAMIN INCREMONE, as Administrator of the Estate of JOSEPHINE INCREMONE, Deceased, Respondent.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.
■ NATHANIEL S. FLEISCHER, Respondent, v. CHAMPION SPORTS PUBLISHING CORP. et al., Appellants.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.
■ In the Matter of ALEX KESSLER, an Attorney, Respondent. SAMUEL GREASON, Petitioner.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.
■ In the Matter of the Arbitration between LORENZ-SCHNEIDER Co., INC., et al., Appellants, and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL 802, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.